UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>                           Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                           Defendant. | Civil Action No. 22-0986 (MAU) |

## SUBSTITUTION OF COUNSEL

      The Clerk of the Court will please enter the appearance of Attorney William Scolinos as counsel for Plaintiffs in the above captioned case substituting for Attorney Michael Ding.

Dated: March 7, 2024
Washington D.C.

                                              Respectfully submitted,

                                              By: /s/ *William Scolinos*
                                              William Scolinos (D.C. Bar No. 90023488)
                                              Tel: (202) 964-3721
                                              E-mail: William.Scolinos@aflegal.org
                                              AMERICA FIRST LEGAL FOUNDATION
                                              611 Pennsylvania Avenue SE #231
                                              Washington, D.C. 20003

                                              *Counsel for America First Legal Foundation*