UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL
FOUNDATION,

Plaintiff,

v.                                                          Civil Action No. 22-0986 (MAU)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

Defendant.

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of William Scolinos as

counsel for Plaintiff in the above captioned case substituting for Michael Ding.

Dated: March 7, 2025
Washington D.C.                          Respectfully submitted,

By: /s/ William Scolinos
William Scolinos (D.C. Bar No. 90023488)
Tel: (202) 964-3721
E-mail: William.Scolinos@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for America First Legal Foundation*